# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128517

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JASON POWELL MICHALAK,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:  128517
COA:  259575
Wayne CC:  03-009965-01

On order of the Court, the application for leave to appeal the February 24, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

s1024